# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-10-00313-CV

**Loy Allen Eich, Jr., Appellant**

**v.**

**Angela Glenn, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT
### NO. 228,087-C, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Loy Allen Eich, Jr.'s brief is overdue. The brief was due to be filed on or before September 8, 2010. By letter dated September 28, 2010, the clerk of this court notified Eich that his brief was overdue and warned that this appeal could be dismissed for want of prosecution if he failed to reasonably explain his failure to file a brief and if appellee was not significantly harmed by the failure. The response was due on or before October 8, 2010. Eich has not filed a response or a brief. This appeal is dismissed for want of prosecution. Tex. R. App. P. 42.3(b).

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:   November 10, 2010